## Stanley R. Pierce, Appellant, v. Charles E. Castle et al., Defendants. Francis Tyler Pierce, Individually and as Executor of Estate of Lucy Pierce Castle, Deceased, Appellee.

Gen. No. 42,645.

opinion filed June 30, 1944. Wilhartz & Hirsch, of Chicago, for appellant; Samuel E. Hirsch, Julian H. Levi and William Ruger, all of Chicago, of counsel. Madigan & Thorsen, of Chicago, for appellee; Robert Thorsen, of Chicago, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.